1 | Anna Y. Park, SBN 164242
2 | Sue J. Noh, SBN 192134
  | Rumduol Vuong, SBN 264392
3 | Derek W. Li, SBN 150122
4 | Jennifer L. Boulton, SBN 259076
  | U.S. EQUAL EMPLOYMENT
5 | OPPORTUNITY COMMISSION
  | 255 East Temple Street, Fourth Floor
6 | Los Angeles, CA 90012
  | Telephone:  (213) 894-1083
7 | Facsimile:  (213) 894-1301
  | E-Mail:    lado.legal@eeoc.gov
8 |
9 | Attorneys for Plaintiff
  | U.S. EQUAL EMPLOYMENT
10 | OPPORTUNITY COMMISSION

11 | (Additional Attorneys on next page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Case No.: 1:17-cv-00044-AWI-EPG |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION RE: DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' ANTICIPATED MOTION(S) RESPONDING TO THE FIRST AMENDED COMPLAINT; AND JOINT STIPULATION TO VACATE MANDATORY SCHEDULING CONFERENCE AND RELATED DATES; ORDER** |
| vs. | |
| MARQUEZ BROTHERS INTERNATIONAL, INC., MARQUEZ BROTHERS ENTERPRISES, INC., MARQUEZ BROTHERS FOODS, INC., MARQUEZ BROTHERS SOUTHERN CALIFORNIA, INC., MARQUEZ BROTHERS NEVADA, INC., MARQUEZ BROTHERS TEXAS I, INC., AND DOES 1-10, INCLUSIVE | |
| Defendant(s). | |

-1-

1  LITTER MENDELSON, P.C.
2  Keith Jacoby, SBN 150233
   Littler Mendelson, P.C.
3  2029 Century Park East, 5th Floor
4  Los Angeles, CA  90067-3107
   Telephone: (310)772-7284
5  Facsimile: (310)553-5583
   Email: kjacoby@littler.com
6
7  Attorneys for Defendants
   Marquez Brothers International, Inc.,
8  Marquez Brothers Enterprises, Inc.,
   Marquez Brothers Foods, Inc.,
9  Marquez Brothers Southern Cal., Inc.,
10 Marquez Brothers Nevada, Inc., and
   Marquez Brothers Texas I, Inc.

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants Marquez Brothers International, Inc., Marquez Brothers Enterprises, Inc., Marquez Brothers Foods, Inc., Marquez Brothers Southern California, Inc., Marquez Brothers Nevada, Inc., and Marquez Brothers Texas I, Inc. ("Defendants") by and through their counsel of record stipulate as follows:

1. On January 11, 2017, Plaintiff EEOC filed its Complaint alleging that the named Defendants violated Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, by engaging in unlawful employment hiring practices based on race and by failing or refusing to make, preserve, and produce the required records and reports. (Complaint, ECF No. 1). Before any of the Defendants filed a response to the Complaint, Plaintiff filed on February 28, 2017 its First Amended Complaint. (First Amended Complaint, ECF No. 5).

2. The undersigned defense counsel represents all the Defendants named in this action.

**Stipulation re: Deadlines to File any Opposition and Reply to Defendants' Motion or Motions Responding to the First Amended Complaint**

3. Pursuant to Local Rule 144 which provides for stipulation to extend time to respond to the complaint without court approval, the Parties filed their stipulation that all Defendants will have until April 19, 2017 or a 28-day extension from the date that the first Defendant was served on March 2, 2017 to respond to Plaintiff EEOC's First Amended Complaint.

4. Defendants anticipate filing a motion or motions in response to the First Amended Complaint by April 19, 2017 on several grounds.

5. According to Local Rule 230(c), any opposition to a motion shall be filed and served not less than fourteen (14) days preceding to the noticed hearing date. Pursuant to Local Rule 230(d), the moving party may serve and file a reply to any opposition filed by a responding party not less than seven (7) days preceding the date of the hearing.

6. Because of the number of Defendants and issues involved in the anticipated motion or motions responding to the First Amended Complaint to be filed by April 19, 2017,

the Parties stipulate that Plaintiff EEOC will have until May 19, 2017 to file any opposition to Defendants' motion or motions responding to the First Amended Complaint. The Parties further stipulate that Defendants will have until June 19, 2017 to file any reply to any opposition filed by Plaintiff EEOC. The Parties stipulate that the hearing date on the motion or motions will be scheduled 14 days after the reply is due or on a date and time convenient to the Court.

**Stipulation to Vacate the Mandatory Scheduling Conference and Related Dates**

7. On January 11, 2017, the Court issued an Order Setting Mandatory Scheduling Conference for April 11, 2017. (Order 1, ECF No. 4). The Court also ordered that a Joint Scheduling Report shall be electronically filed one full week prior to the Scheduling Conference. (*Id.* at 3). The Court further ordered that a conference of counsel shall be held at least twenty days prior to the Mandatory Scheduling Conference. (*Id.*).

8. Because of the Parties' stipulation to extend the deadline to April 19, 2017 with respect to Defendants' response to Plaintiff EEOC's First Amended Complaint and the stipulation regarding the deadline of May 19, 2017 for Plaintiff EEOC to file any opposition to Defendant's motion or motions responding to the First Amended Complaint and the deadline of June 19, 2017 for Defendants to file any reply to Plaintiff EEOC's opposition, the Parties will not be able to meet the current deadlines relating to the April 11, 2017 Mandatory Scheduling Conference as set by the Court on January 11, 2017. Furthermore, any meaningful meeting of counsel, joint scheduling report, and Mandatory Scheduling Conference depend on how the Court rules on Defendants' motion or motions.

9. Thus, the Parties stipulate that the Mandatory Scheduling Conference is to be continued to October 2, 2017 at 9:30 a.m. with telephonic appearances granted.

//
//

**IT IS SO STIPULATED.**

Dated: March 29, 2017					Respectfully Submitted

							U.S. EQUAL EMPLOYMENT
							OPPORTUNITY COMMISSION

							*/s/ Derek W. Li*
					By:	_____
							Derek W. Li
							EEOC Trial Attorney for Plaintiff EEOC


Dated: March 29, 2017					LITTLER MENDELSON, P.C.

							*/s/ Keith Jacoby (authorized to sign by counsel)*
					BY:	_____
							Keith Jacoby
							Attorney for Defendants
							Marquez Brothers International, Inc.,
							Marquez Brothers Enterprises, Inc.,
							Marquez Brothers Foods, Inc.,
							Marquez Brothers Southern Cal., Inc.,
							Marquez Brothers Nevada, Inc., and
							Marquez Brothers Texas I, Inc.

## **ORDER**

Based on the above stipulation, the Court orders that:

1. Plaintiff EEOC shall have until **May 19, 2017** to file any opposition to Defendants' motion or motions responding to the First Amended Complaint. Defendants shall have until **June 19, 2017** to file any reply to any opposition filed by Plaintiff EEOC. Defendants shall notice the hearing on the motion or motions at least **21 days** after the deadline to file a reply brief.[1]

2. The Initial Scheduling Conference, which is currently set for April 11, 2017 at 9:00 a.m., is continued to **October 2, 2017** at **9:30 a.m.** Telephonic appearances are granted to any party wishing to so appear. To participate telephonically, each party is to use the following dial-in numbers: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated:   **March 30, 2017**                    /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Unless the parties consent to magistrate judge jurisdiction under 28 U.S.C. § 636(c), any dispositive motion will be heard in Courtroom 2 before Senior District Judge Anthony W. Ishii. Defendants are advised to contact Judge Ishii's chambers before filing their motion to obtain available hearing dates.