1  Anna Y. Park, SBN 164242
   Sue J. Noh, SBN 192134
2  Rumduol Vuong, SBN 264392
   Derek W. Li, SBN 150122
3  Jennifer L. Boulton, SBN 259076
4  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
5  255 East Temple Street, Fourth Floor
   Los Angeles, CA 90012
6  Telephone: (213) 894-1083
7  Facsimile: (213) 894-1301
   E-Mail:    lado.legal@eeoc.gov
8
9  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
10 OPPORTUNITY COMMISSION
11 (Additional Attorneys on next page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., MARQUEZ BROTHERS ENTERPRISES, INC., MARQUEZ BROTHERS FOODS, INC., MARQUEZ BROTHERS SOUTHERN CALIFORNIA, INC., MARQUEZ BROTHERS NEVADA, INC., MARQUEZ BROTHERS TEXAS I, INC., AND DOES 1-10, INCLUSIVE<br><br>　　　　　Defendant(s). | Case No.: 1:17-cv-00044-AWI-EPG<br><br>**JOINT STIPULATION TO SET MANDATORY SCHEDULING CONFERENCE AND; ORDER THEREON** |

-1-

LITTLER MENDELSON, P.C.
Keith Jacoby, SBN 150233
Aurelio Perez, SBN 282135
Jose Macias, Jr., SBN 265033
Littler Mendelson, P.C.
2029 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310)772-7284
Facsimile: (310)553-5583
Email: kjacoby@littler.com

Attorneys for Defendants
Marquez Brothers International, Inc.,
Marquez Brothers Enterprises, Inc.,
Marquez Brothers Foods, Inc.,
Marquez Brothers Southern Cal., Inc.,
Marquez Brothers Nevada, Inc., and
Marquez Brothers Texas I, Inc.

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants Marquez Brothers International, Inc., Marquez Brothers Enterprises, Inc., Marquez Brothers Foods, Inc., Marquez Brothers Southern California, Inc., Marquez Brothers Nevada, Inc., and Marquez Brothers Texas I, Inc. ("Defendants", collectively, the "Parties") by and through their counsel of record stipulate as follows:

1. Defendants' deadline to answer the operative complaint shall be extended one week to October 9, 2017.

2. The Parties previously stipulated, and this Court ordered that "[w]ithin five court days of the Court's issuance of an order on the pending motion to dismiss, the Parties must file a stipulation setting forth proposed dates for the Mandatory Scheduling Conference that are at least fourteen days after the pleadings close." The deadline for such stipulation is September 25, 2017.

3. On September 18, 2017, Senior District Judge Ishii issued an Order denying Defendants' Motion to Dismiss. (9/18/17 Order, ECF No. 28). Thus, the Parties have five court days or until September 25, 2017 to file a stipulation on proposed dates. On September 25, 2017, the Parties received an email from the Court stating its availability for the Mandatory Scheduling Conference. The available dates include December 7, 2017 at 9:30 a.m.

//
//

4. The Parties stipulate to the scheduling of the Mandatory Scheduling Conference on December 7, 2017 at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated: September 25, 2017					Respectfully Submitted

								U.S. EQUAL EMPLOYMENT
								OPPORTUNITY COMMISSION

								*Derek W. Li*
						By:	_____
								Derek W. Li
								EEOC Trial Attorney for Plaintiff EEOC


Dated: September 25 2017					LITTLER MENDELSON, P.C.

								*Aurelio J. Perez*
						BY:	_____
								Keith Jacoby
								Aurelio Perez
								Attorneys for Defendants
								Marquez Brothers International, Inc.,
								Marquez Brothers Enterprises, Inc.,
								Marquez Brothers Foods, Inc.,
								Marquez Brothers Southern Cal., Inc.,
								Marquez Brothers Nevada, Inc., and
								Marquez Brothers Texas I, Inc.

**ORDER**

For good cause shown as stated by the Parties' stipulation, the Court orders that:

1. Defendants' deadline to answer the operative complaint shall be extended one week to October 9, 2017.
2. The Mandatory Scheduling Conference shall be scheduled for December 7, 2017 at 9:30 a.m. The Court grants telephonic appearances at said conference with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **September 26, 2017**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE