1  Anna Y. Park, SBN 164242
   Sue J. Noh, SBN 192134
2  Rumduol Vuong, SBN 264392
3  Derek W. Li, SBN 150122
   Jennifer L. Boulton, SBN 259076
4  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
5  255 East Temple Street, Fourth Floor
   Los Angeles, CA 90012
6  Telephone:  (213) 894-1083
7  Facsimile:  (213) 894-1301
   E-Mail:     lado.legal@eeoc.gov
8

9  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
10 OPPORTUNITY COMMISSION

11 (Additional Attorneys on next page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., MARQUEZ BROTHERS ENTERPRISES, INC., MARQUEZ BROTHERS FOODS, INC., MARQUEZ BROTHERS SOUTHERN CALIFORNIA, INC., MARQUEZ BROTHERS NEVADA, INC., MARQUEZ BROTHERS TEXAS I, INC., AND DOES 1-10, INCLUSIVE<br><br>Defendant(s). | Case No.: 1:17-cv-00044-AWI-EPG<br><br>**JOINT STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE, TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND RELATED DATES, AND TO STAY DISCOVERY; ORDER** |

-1-

LITTLER MENDELSON, P.C.
Keith Jacoby, SBN 150233
Aurelio Perez, SBN 282135
Jose Macias, Jr., SBN 265033
Littler Mendelson, P.C.
2029 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310)772-7284
Facsimile: (310)553-5583
Email: kjacoby@littler.com

Attorneys for Defendants
Marquez Brothers International, Inc.,
Marquez Brothers Enterprises, Inc.,
Marquez Brothers Foods, Inc.,
Marquez Brothers Southern Cal., Inc.,
Marquez Brothers Nevada, Inc., and
Marquez Brothers Texas I, Inc.

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants Marquez Brothers International, Inc., Marquez Brothers Enterprises, Inc., Marquez Brothers Foods, Inc., Marquez Brothers Southern California, Inc., Marquez Brothers Nevada, Inc., and Marquez Brothers Texas I, Inc. ("Defendants", collectively, the "Parties") by and through their counsel of record stipulate as follows to schedule a settlement conference and to continue the Mandatory Scheduling Conference, currently scheduled for December 7, 2017 at 9:30 a.m.:

1. On January 11, 2017, Plaintiff EEOC filed its Complaint alleging Defendants violated Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, by engaging in unlawful employment hiring practices based on race and by failing or refusing to make, preserve, and produce the required records and reports. (Complaint, ECF No. 1). Before any of the Defendants filed a response to the Complaint, Plaintiff filed on February 28, 2017 its First Amended Complaint. (First Amended Complaint, ECF No. 5).

2. On January 11, 2017, the Court issued its order setting the Mandatory Scheduling Conference on April 11, 2017 at 9:00 a.m. (Sch. Conf. Order 1, ECF No. 1). The Court also ordered the Parties to file a Joint Scheduling Report one full week prior to the Scheduling Conference. (*Id.* at 3). The Court further ordered the Parties to hold a conference of counsel at least twenty days prior to the Mandatory Scheduling Conference. (*Id.*).

3. On March 29, 2017, the Parties filed a first stipulation requesting a continuance of the Mandatory Scheduling Conference and related dates to account for the briefing schedule related to Defendants' Motion to Dismiss EEOC's First Amended Complaint. (3/29/17 Stip., ECF No. 7). On March 30, 2017, the Court continued the Mandatory Scheduling Conference from April 11, 2017 to October 2, 2017 at 9:00 a.m. with telephonic appearances granted. (3/30/17 Order 2, ECF No. 9).

4. On September 13, 2017, the Parties filed a second stipulation requesting a continuance and related dates to account for the anticipated ruling by District Judge Ishii on Defendants' Motion to Dismiss the EEOC's First Amended Complaint. (9/13/17 Stip., ECF No. 26). On September 14, 2017, the Court vacated the Mandatory Scheduling Conference and ordered the Parties to file a stipulation to set forth proposed dates for the Mandatory Scheduling

Conference after District Judge Ishii's ruling on Defendants' to Dismiss. (9/14/17 Order, ECF No. 27).

5. On September 18, 2017, District Judge Ishii issued an Order denying Defendants' Motion to Dismiss EEOC's First Amended Complaint. (9/18/17 Order, ECF No. 28). On September 25, 2017, the Parties filed its third stipulation proposing December 7, 2017 at 9:30 a.m. for the Mandatory Scheduling Conference. (9/25/17 Stip., ECF No. 29). On September 26, 2017, the Court ordered the Mandatory Scheduling Conference to be scheduled for December 7, 2017 at 9:30 a.m. and the filing of the joint status report one full week prior to the conference. (9/26/17 Order, ECF No. 30).

6. Since District Judge Ishii's decision, the Parties have started to engage in discovery. The Parties have held a Rule 26 meeting of counsel and have served their Initial Disclosures pursuant to Rule 26. Defendants have served subpoenas to obtain documents from third-parties. The EEOC has served interrogatories and document requests to all Defendants.

7. The Parties recently have agreed to request a settlement conference in an attempt to resolve the litigation before both Parties expend significant resources in discovery. Through the Court's Clerk, the Parties understand that Magistrate Judge Thurston is willing to handle a settlement conference for this case. Based on Magistrate Judge Thurston's availability, the Parties have agreed to a settlement conference on February 1, 2018 at 1:30 p.m.

8. In light of the proposed settlement conference on February 1, 2018, the Parties stipulate as follows:

    a. to attend a settlement conference before Magistrate Judge Thurston on February 1, 2018 at 1:30 p.m.

    b. to continue the currently scheduled Mandatory Scheduling Conference on December 7, 2017 to March 5, 2018 at 9:30 a.m.;

    c. to file a joint scheduling report no later than seven days before the Mandatory Scheduling Conference; and

    d. to a stay of discovery until February 8, 2018 and the responses to any pending discovery requests are due no later than February 26, 2018,

unless the Parties stipulate to extend the deadlines in accordance with Local Rule 144 or otherwise ordered by the Court.

**IT IS SO STIPULATED.**

Dated: December 1, 2017             Respectfully Submitted

                                          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*/s/ Derek W. Li*
By: _____
Derek W. Li
EEOC Trial Attorney for Plaintiff EEOC


Dated: December 1, 2017             LITTLER MENDELSON, P.C.

*/s/ Aurelio Perez*
BY: _____
Keith Jacoby
Aurelio Perez
Attorneys for Defendants
Marquez Brothers International, Inc.,
Marquez Brothers Enterprises, Inc.,
Marquez Brothers Foods, Inc.,
Marquez Brothers Southern Cal., Inc.,
Marquez Brothers Nevada, Inc., and
Marquez Brothers Texas I, Inc.

## **ORDER**

For good cause shown as stated by the Parties' stipulation, the Court orders that:

a. The Parties shall attend the settlement conference before Magistrate Judge Thurston on February 1, 2018 at 1:30 p.m.

b. The Mandatory Scheduling Conference scheduled for December 7, 2017 shall be continued to March 5, 2018 at 9:30 a.m. The Court grants telephonic appearances at said conference with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

c. The Parties shall file a joint scheduling report no later than seven days before the Mandatory Scheduling Conference.

d. Discovery shall be stayed until February 8, 2018 and responses to any pending discovery requests shall be due no later than February 26, 2018, unless the Parties stipulate to extend the deadlines in accordance with the Local Rule 144 or otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: **December 1, 2017**       /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE