**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., MARQUEZ BROTHERS ENTERPRISES, INC., MARQUEZ BROTHERS FOODS, INC., MARQUEZ BROTHERS SOUTHERN CALIFORNIA, INC., MARQUEZ BROTHERS NEVADA, INC., MARQUEZ BROTHERS TEXAS I, INC., AND DOES 1-10, INCLUSIVE<br><br>Defendant(s). | Case No.: 1:17-cv-00044-AWI-EPG<br><br>ORDER RE: JOINT STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE, TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND RELATED DATES, AND TO STAY DISCOVERY<br><br>(ECF No. 64) |

For good cause shown as stated by the Parties' stipulation (ECF NO. 64), the Court orders that:

    a. The Parties shall attend a settlement conference before Magistrate Judge Thurston on August 29, 2018 at 9:30 a.m.

    b. The Mandatory Scheduling Conference shall be held on September 25, 2018, at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean;

c. The Parties are to file a joint scheduling report no later than seven days before the Mandatory Scheduling Conference;

d. All proceedings, including a stay of the deadlines to submit further briefing as recently ordered by the District Court (ECF No. 63), shall be stayed;

e. Upon completion of the settlement conference and where the Parties do not file a notice of settlement, Defendants' supplemental brief for sanctions shall be due within fourteen (14) days and Plaintiff's counsel shall be granted seven (7) days from the filing of Defendants' supplemental briefing to respond.

IT IS SO ORDERED.

Dated: **July 6, 2018**

/s/ *Eric P. Groig*
UNITED STATES MAGISTRATE JUDGE