UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., *et al.*<br><br>Defendant. | Case No. 1:17-cv-00044-AWI-EPG<br><br>**ORDER ON STIPULATED BRIEFING SCHEDULE REGARDING BIFURCATION**<br><br>**(ECF No. 96)** |

On November 2, 2018, the Parties filed a Stipulated Briefing Scheduled Regarding Bifurcation (ECF No. 96). The Court finds good cause for approving the briefing schedule as set forth in the stipulation. Accordingly,

IT IS ORDERED:

1. Plaintiff shall file its Motion to Bifurcate Discovery and Trial by no later than **November 28, 2018**.
2. Defendants shall file their Response to the Motion to Bifurcate Discovery and Trial by no later than **December 20, 2018**.
3. Plaintiff shall file its Reply no later than **January 11, 2019**.

4. A hearing on the motion has been set for **February 6, 2019, at 10:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **November 5, 2018**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE