# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., et. al<br><br>Defendant(s). | Case No.: 1:17-cv-00044-AWI-EPG<br><br>**ORDER TEMPORARILY STAYING PROCEEDINGS** |

The EEOC has requested a temporary stay of all proceedings in this case, due to a lapse in appropriations for the EEOC at midnight on December 21, 2018. Defendants do not oppose.

Accordingly, upon this motion and good cause, **IT IS HEREBY ORDERED** that the litigation of this matter shall be **STAYED** until the EEOC's funding is restored, all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding, and the stay of this litigation shall be lifted upon restoration of appropriations

IT IS SO ORDERED.

Dated:   December 26, 2018                      _____
                                                SENIOR DISTRICT JUDGE

- 1 -