# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff<br><br>v.<br><br>**MARQUEZ BROTHERS INTERNATIONAL, INC.; et al.,**<br><br>Defendants | **CASE NO. 1:17-CV-44 AWI-EPG**<br><br>**ORDER ON PARTIES' JOINT STIPULATION TO EXTEND STAY**<br><br>(Doc. No. 126) |

The U.S. Equal Employment Opportunity Commission has alleged Defendants engaged in unlawful employment practices by failing to hire multiple persons based on their race. See Doc. No. 5. On December 26, 20218, the Court granted the EEOC's motion to stay the case due to a lapse in appropriations, and stated the stay would be lifted when the EEOC's funding was restored. See Doc. No. 124. The parties now inform the Court that appropriations for the EEOC were restored on January 26, 2019. However, the parties have jointly requested an extension of the stay, as they have agreed to attend mediation. Doc. No. 126. The parties have agreed to notify the Court by March 1, 2019 as to whether the mediation was successful and as to the status of the case. For good cause shown, the Court will extend the stay until March 1, 2019.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Litigation in this matter shall continue to be stayed through March 1, 2019; and
2. The parties shall inform the Court by March 1, 2019 as to the status of the case.

IT IS SO ORDERED.

Dated: January 31, 2019        _____
                                    SENIOR DISTRICT JUDGE