# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br><br> **Plaintiff** <br><br> v. <br><br> **MARQUEZ BROTHERS INTERNATIONAL, INC.; et al.,** <br><br> **Defendants** | **CASE NO. 1:17-CV-44 AWI-EPG** <br><br> **ORDER ON PARTIES' JOINT STIPULATION TO EXTEND STAY** <br><br> (Doc. No. 128) |

The U.S. Equal Employment Opportunity Commission has alleged Defendants engaged in unlawful employment practices by failing to hire multiple persons based on their race. See Doc. No. 5. On January 30, 2019, the parties jointly requested an extension of a previous stay, as they had agreed to attend mediation. Doc. No. 126. The Court granted the extension, and ordered the parties to notify the Court by March 1, 2019 as to whether the mediation was successful and as to the status of the case. Doc. No. 127.

The parties now request an additional extension of the stay, stating:

> On February 22, 2019, the parties participated in a mediation in Oakland, California before a private mediator. The parties made progress in their negotiations and are continuing to work toward a resolution. In order for the parties to have sufficient time to focus on settlement negotiations, the parties agree that a continued stay in this case through April 12, 2019 is necessary and will serve judicial economy. The parties agree to inform the Court by April 12, 2019 as to the status of the case.

For good cause shown, the Court will extend the stay until April 12, 2019.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Litigation in this matter shall continue to be stayed through April 12, 2019; and
2. The parties shall inform the Court by April 12, 2019 as to the status of the case.

IT IS SO ORDERED.

Dated:   February 27, 2019                                  _____
                                                                                 SENIOR DISTRICT JUDGE