# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., MARQUEZ BROTHERS ENTERPRISES, INC., MARQUEZ BROTHERS FOODS, INC., MARQUEZ BROTHERS SOUTHERN CALIFORNIA, INC., MARQUEZ BROTHERS NEVADA, INC., MARQUEZ BROTHERS TEXAS I, INC., AND DOES 1-10, INCLUSIVE<br><br>Defendant(s). | Case No.: 1:17-cv-00044-AWI-EPG<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST TO CONTINUE STAY UNTIL MAY 13, 2019** |

# ORDER

The U.S. Equal Employment Opportunity Commission has alleged Defendants engaged in unlawful employment practices by failing to hire multiple persons based on their race. *See* Doc. No. 5. On January 30, 2019, the parties jointly requested an extension of a previous stay, as they had agreed to attend mediation. Doc. No. 126. The Court granted the extension and ordered the parties to notify the Court by March 1, 2019 as to whether the mediation was successful and as to the status of the case. Doc. No. 127. The Court granted a further extension to allow the parties to have sufficient time to focus on settlement negotiations and requested an update by April 12, 2019. Doc. No. 129.

The parties now request an additional extension of the stay through May 13, 2019 in order to serve judicial economy as they have stated that they are continuing to work toward a resolution with the assistance of the private mediator.

This Court, having reviewed the Stipulation and Joint Request to Continue Stay Until May 13, 2019, and based upon good cause showing, hereby ORDERS that

1. Litigation in this matter shall continue to be stayed through May 13, 2019; and
2. The parties shall inform the Court no later than May 13, 2019 as to the status of the case.

IT IS SO ORDERED.

Dated:   April 15, 2019

SENIOR  DISTRICT  JUDGE