# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff<br><br>v.<br><br>**MARQUEZ BROTHERS INTERNATIONAL, INC.; et al,**<br><br>**Defendants** | CASE NO. 1:17-CV-44 AWI-EPG<br><br>**ORDER ON PARTIES' JOINT STIPULATION TO EXTEND STAY**<br><br>(Doc. No. 133) |

The U.S. Equal Employment Opportunity Commission has alleged Defendants engaged in unlawful employment practices by failing to hire multiple persons based on their race. *See* Doc. No. 5. The parties have requested three extensions of a stay in order to resolve the claims in mediation, and the Court has granted each. *See* Doc. Nos. 127, 129, 132. The parties now request an additional extension of the stay through June 27, 2019, stating that they are continuing to work toward a resolution with the assistance of the private mediator and that they have been actively engaged in settlement negotiations since the previous stay was extended. Doc. No. 133. The Court, having reviewed the parties' request, finds good cause to extend the stay.

**ORDER**

It is hereby ORDERED that the litigation in this matter shall continue to be stayed through June 27, 2019, and the parties shall inform the Court as to the status of the case before this date.

IT IS SO ORDERED.

Dated: May 13, 2019

_____
SENIOR DISTRICT JUDGE