# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., MARQUEZ BROTHERS ENTERPRISES, INC., MARQUEZ BROTHERS FOODS, INC., MARQUEZ BROTHERS SOUTHERN CALIFORNIA, INC., MARQUEZ BROTHERS NEVADA, INC., MARQUEZ BROTHERS TEXAS I, INC., AND DOES 1-10, INCLUSIVE<br><br>Defendant(s). | Case No.: 1:17-cv-00044-AWI-EPG<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST TO CONTINUE STAY UNTIL AUGUST 16, 2019** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The U.S. Equal Employment Opportunity Commission has alleged Defendants engaged in |
| 3 | unlawful employment practices by failing to hire multiple persons based on their race. *See* Doc. |
| 4 | No. 5. On January 30, 2019, the parties jointly requested an extension of a previous stay, as they |
| 5 | had agreed to attend mediation. Doc. No. 126. The Court granted the extension and ordered the |
| 6 | parties to notify the Court by March 1, 2019 as to whether the mediation was successful and as to |
| 7 | the status of the case. Doc. No. 127. The Court granted a further extension to allow the parties to |
| 8 | have sufficient time to focus on settlement negotiations and requested an update by April 12, 2019. |
| 9 | Doc. No. 129. On April 15, 2019, the Court, upon the parties' request, extended that stay until |
| 10 | May 13, 2019. Doc. No. 132. On May 14, 2019, again at the parties' request, the Court extended |
| 11 | that stay until June 27, 2019. Doc. No. 134. On June 25, 2019, the Court further extended the stay |
| 12 | until August 12, 2019. Doc. No. 136. |
| 13 | The parties now request an additional extension of the stay through August 16, 2019 in |
| 14 | order to serve judicial economy as they have stated that they have reached an agreement in |
| 15 | principle and require additional time to finalize the terms of that agreement so that a Consent |
| 16 | Decree can be presented to the Court for its approval. |
| 17 | This Court, having reviewed the Stipulation and Joint Request to Continue Stay Until |
| 18 | August 16, 2019, and based upon good cause showing, hereby ORDERS that |
| 19 | 1. Litigation in this matter shall continue to be stayed through August 16, 2019; and |
| 20 | 2. The parties shall inform the Court no later than August 16, 2019 as to the status of the |
| 21 | case. |
| 23 | IT IS SO ORDERED. |
| 24 | Dated:   August 13, 2019                           _____ |
| 25 | SENIOR DISTRICT JUDGE |