# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC., MARQUEZ BROTHERS ENTERPRISES, INC., MARQUEZ BROTHERS FOODS, INC., MARQUEZ BROTHERS SOUTHERN CALIFORNIA, INC., MARQUEZ BROTHERS NEVADA, INC., MARQUEZ BROTHERS TEXAS I, INC., AND DOES 1-10, INCLUSIVE<br><br>Defendant(s). | Case No.: 1:17-cv-00044-AWI-EPG<br><br>**[PROPOSED] ORDER RE: PLAINTIFF AND DEFENDANTS' NOTICE OF SETTLEMENT** |

**[~~PROPOSED~~] ORDER**

Upon good cause appearing,

**IT IS SO ORDERED** that due to the settlement agreement between Plaintiff U.S. Equal Employment Opportunity Commission and Defendants Marquez Brothers International, Inc., Marquez Brothers Enterprises, Inc., Marquez Brothers Foods, Inc., Marquez Brothers Southern California, Inc., Marquez Brothers Nevada, Inc., and Marquez Brothers Texas I, Inc., the Court hereby continues the stay of this litigation and directs the parties to file a Proposed Consent Decree, or report describing the status of the case, no later than September 16, 2019. If the parties are unable to finalize their agreement by that date, they are instructed to file a report with this Court.

IT IS SO ORDERED.

Dated: August 20, 2019

_____
SENIOR DISTRICT JUDGE